**GLOBAL TRAFFIC TECHNOLOGIES, LLC, Plaintiff–Appellee,**

v.

**TOMAR ELECTRONICS, INC., Defendant–Appellant.**

**No. 2009–1220.**

United States Court of Appeals, Federal Circuit.

July 9, 2009.

Timothy E. Grimsrud, Faegre & Benson LLP, Minneapolis, MN, for Plaintiff–Appellee.

Michael J. Schaengold, Patton Boggs, LLP, Washington, DC, for Defendant–Appellant.

---

\* Tomar requests that this dismissal be without prejudice; however, it is not the practice of

## ON MOTION

### *ORDER*

Tomar Electronics, Inc. moves without opposition to dismiss its appeal due to settlement.\*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

this court to dismiss with or without prejudice.